IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NELSON BALBERDI, | Civ. No. 12-00582 ACK-KSC |
| Plaintiff(s), | |
| vs. | |
| DAVID LEWIS; PAUL OLIVEIRA; STEVEN FERNANDEZ; FEDEX GROUND PACKAGE SYSTEM, INC., | |
| Defendant(s). | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 8, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, under 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Remand This Action" (Doc. No. 25) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, March 27, 2013



_____
Alan C. Kay
Sr. United States District Judge

Balberdi v. Lewis, Civ. No. 12-00582 ACK KSC, Order Adopting Magistrate Judge's Findings & Recommendation